IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                      Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                      Plaintiff,<br><br>                v.<br><br>GAULAN FINANCIAL, LLC,<br><br>                      Defendant. | Adversary Proceeding<br>No. 19-51012 (JKS)<br><br>**Re: Docket No. 71** |

**NOTICE OF WITHDRAWAL OF MEMORANDUM OF LAW IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that the Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), hereby withdraws the *Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment* [Docket No. 71].

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

|  |  |
|---|---|
| Dated:  November 1, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | */s/ Colin R. Robinson* |
|  | Bradford J. Sandler (DE Bar No. 4142) |
|  | Jason S. Pomerantz (CA Bar No. 157216) |
|  | Colin R. Robinson (DE Bar No. 5524) |
|  | 919 North Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, Delaware 19899 (Courier 19801) |
|  | Telephone:  (302) 652-4100 |
|  | Facsimile:  (302) 652-4400 |
|  | Email: bsandler@pszjlaw.com |
|  | jspomerantz@pszjlaw.com |
|  | crobinson@pszjlaw.com |
|  | *Counsel to the Plaintiff* |