# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>           Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>           Plaintiff,<br><br>v.<br><br>GAULAN FINANCIAL, LLC<br><br>           Defendant. | Adversary Proceeding<br>Case No. 19-51012 (JKS)<br><br><br><br><br>**Ref. Docket Nos. 94-95** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 22, 2025, I caused to be served the:

   a. "Order Granting Plaintiff's Motion for Partial Summary Judgment," dated October 21, 2025 [Docket No. 94] and,

   b. "Order Granting Plaintiff's Motion for Partial Summary Judgment," dated October 21, 2025 [Docket No. 95]

   by causing true and correct copies to be:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies LLC (3603), WMF Management LLC (9238), Woodbridge Mortgage Investment Fund 1 LLC (0172), and Carbondale Doocy, LLC (3616). The Remaining Debtors' mailing address is 201 North Brand Boulevard, Unit 200, Glendale, CA 91203.

      i.     enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

      ii.     delivered via electronic mail to: *safemoneymanager@outlook.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al., Case No. 17-12560 (JKS)
First Class Mail Service List – Adv. No. 19-51012

GAULAN FINANCIAL LLC
ATTN: MARIE A. CORIOLAN, OFFICER
1711 ALHAMBRA CREST DRIVE
RUSKIN, FL 33570

GAULAN FINANCIAL LLC
ATTN: ERNST GAUTIER, R/A
1711 ALHAMBRA CREST DRIVE
RUSKIN, FL 33570