## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                      Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                      Plaintiff,<br><br>                      v.<br><br>GAULAN FINANCIAL, LLC,<br><br>                      Defendant. | Adversary Proceeding<br>No. 19-51012 (JKS) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter having come before the Court on *Plaintiff'' Motion for Partial Summary Judgment* (the "Motion") filed by Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), who seeks judgment in Plaintiff's favor and against Defendant, Gaulan Financial, LLC ("Defendant") on certain counts in the *Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers, for Equitable Subordination, for Sale of Unregistered Securities, Fraud, and for Aiding and Abetting Fraud* [Adv. Docket No. 1] (the "Complaint"); and the Court having determined that the

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

4905-8643-6357.3 94811.003

jurisdiction and venue are proper for determination of the subject dispute, and having determined that the Motion and moving papers establish that the Transfers: (a) are property of the estate or an interest therein of the debtor, (b) the Transfers were made with actual and constructive intent to delay or defraud creditors, (c) are properly avoided in accordance with state and federal law and set aside or recovered for the benefit of the Plaintiff, Woodbridge Liquidation Trust, as represented by Michael Goldberg, in his capacity as Liquidating Trustee, who is vested with all of the respective rights, title and interests of the Debtor's Estate; and (d) there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law; and the Court having found that due and sufficient notice was given, and; after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Judgment is granted in favor of Plaintiff, Michael Goldberg, Liquidating Trustee of the Woodbridge Liquidation Trust, against the Defendant, Gaulan Financial, in the amount as set forth on the Judgment attached hereto as Exhibit 1.

3. Plaintiff is authorized and empowered to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Order and the Judgment.

4. The Clerk of Court is authorized and directed to take any action that is necessary and appropriate to give effect to this Order and the Judgment.

5. This Court shall retain jurisdiction and power over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order and the Judgment.

Dated: October 21st, 2025  
Wilmington, Delaware

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> GAULAN FINANCIAL, LLC, <br><br> Defendant. | Adversary Proceeding <br> No. 19-51012 (JKS) |

**JUDGMENT IN FAVOR OF PLAINTIFF, MICHAEL GOLDBERG, LIQUIDATING TRUSTEE OF THE WOODBRIDGE LIQUIDATION TRUST AS AGAINST <u>GAULAN FINANCIAL, LLC</u>**

Upon the entry of the Order Granting Plaintiff's Motion for Partial Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff recover the following:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1. Judgment is awarded in favor of Plaintiff and against Defendant Gaulan Financial LLC for Plaintiff's Second, Third, Fourth and Fifth Claim for Relief, in the total amount of $70,495.83.

2. Post-judgment interest shall accrue and be payable by Defendant, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a), from the date of entry of this Judgment to the date the amount is paid in full.

3. The Plaintiff is authorized and empowered to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Judgment.

4. The Clerk of Court is authorized and directed to take any action that is necessary and appropriate to give effect to this Judgment.

5. The Bankruptcy Court retains jurisdiction to enforce and implement the respective terms and provisions of this Judgment and any further requests.

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Gaulan Financial LLC,
    Defendant

Adv. Proc. No. 19-51012-JKS

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdfsjo | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| clagent | + | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |
| dft | + | Gaulan Financial LLC, c/o Ernst Gautier, 1711 Alhambra Crest Drive, Ruskin, FL 33570-7919 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 22 2025 20:04:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 22 2025 20:04:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025      Signature:      /s/Gustava Winters

District/off: 0311-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 22, 2025　　　　　　　　　　Form ID: pdfsjo　　　　　　　　　　Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew W. Caine | on behalf of Plaintiff Michael Goldberg acaine@pszjlaw.com |
| Bradford J. Sandler | on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com abates@pszjlaw.com |
| Bridget Gallerie | on behalf of Claims Agent Epiq Class Action & Claims Solutions Inc. Pacerteam@choosegcg.com |
| Colin R. Robinson | on behalf of Plaintiff Michael Goldberg robinson@lrclaw.com ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com |
| Derek C. Abbott | on behalf of Mediator Derek C. Abbott dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Derek C. Abbott | dabbott@mnat.com |
| Mary F. Caloway | on behalf of Plaintiff Michael Goldberg mcaloway@pszjlaw.com |

TOTAL: 7